## CITY OF CANNELTON v. DENNY.

[No. 21,271. Filed April 23, 1909.]

## CITY OF CANNELTON v. HUBER.

[No. 21,272. Filed April 27, 1909.]

From Perry Circuit Court; *Christopher W. Cook,* Judge.

Prosecutions by the City of Cannelton against Oscar Denny and Emil Huber. From judgments for defendants, plaintiff appeals. *Affirmed.*

*William M. Waldschmidt,* for appellant.
*Philip Zoercher,* for appellees.

MONTGOMERY, J.—The questions presented by the record in these cases are in all respects the same as those decided in *City of Cannelton* v. *Collins* (1909), *ante,* 193, and upon the authority of that case the judgments are affirmed.